# GILA BEND RESERVOIR & IRRIGATION COMPANY v. LINN.

## SAME v. GILA WATER COMPANY.

No. 199 of October Term, 1897, and No. 226 of October Term, 1905.—Submitted March 8, 1909.—Decided March 15, 1909.

Motions for leave to file petitions for leave to file bills of review in the lower court denied.

THESE cases were in this court before. See 171 U. S. 685; 202 U. S. 270; 205 U. S. 279.

*Mr. E. S. Clark* for petitioner.

*Per Curiam:* Motions for leave to file bills of review in the lower court denied.